# Affidavit

## Notice of Liability Regarding Trespass

## Affidavit of Fee Schedule and Remedy

### Acknowledgement

### In the Nature of Supplemental Rules

### For Administrative and Maritime Claims Rules C (6)

#### For Personal Protection From

#### Federal / State/ County / City / Municipal / Corporate

#### Employees / Agents / Individuals

Notice to Agent is Notice to Principal.

Notice to Principal is Notice to Agent.

Notice to Individual, Natural Living Soul is Notice to All Human Beings.

Notice to All Human Beings is Notice to Individual, Natural Living Soul.

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."

-- In re McCowan (1917), 177 C. 93, 170

**Public Law § 97-280 acknowledges the Holy Bible as the Word of God.**

```
Silence is Acquiescence, Agreement, and Dishonor

    This is a Self-Executing Contract.
```

## Notice

```
Daniel Chapter 4 verse 17 (K.J.V.)

'17 This matter is by the decree of the watchers and the demand by the word
of the Holy ones: to the intent that the living may know that the most High
ruleth in the kingdom of men and giveth it to whomsoever He will and setteth
up over it the basest of men."

Before Me the undersigned Notary,_____M. Hines 73332_____, on
this  22nd  day of ___Dec._____, 2023, personally appeared Michael
Wayne Holdiness_____(First Middle Last) ,known to me to be credible
natural person and of lawful age, who being duly sworn by me affirms,
deposes, and says:
```

I, ___Michael-Wayne:_____(First-Middle), of the family _____Holdiness_____(Last), as a natural person / a people on the State known as Florida, am hereby, as a gesture of peace, giving proper notice to the STATE OF FLORIDA corporation, and to the UNITED STATES corporation, to all municipal, county, and city corporations, and to all other STATE CORPORATIONS, agents employees ,and all other individuals of the following:

As a peaceful, natural man desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Notice of Liability** regarding **Trespass, Fee Schedule, and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporate employees** as a courtesy to you and as a remedy should you decide to trespass upon me or other members of my family. Failure to know or disobey any of your thousands of corporate regulations, statutes, or codes does not constitute a crime absent a victim or damaged property or fraud-no *corpus delecti*.

"In every prosecution for crime it is necessary to establish the 'corpus delecti' , i.e., the body or elements of the crime." *People v. Lopez.* " The corpus delecti consists of two elements, namely, (1) the injury or loss or harm; and (2) a criminal agency causing them to exist." *People v. Frey.*

**Please note that this affidavit of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporate employees** is just per *Trezevant v. City of Tampa*, 741 F. 2d 336 (11th Cir. 1984), wherein a motorist was illegally held for 23 minutes on a traffic charge and was awarded $25.000.00 in damages. This sets the foundation for $1,806.00 per minute or $1,800,000.00 per day. When an individual is detained without a signed lawful 4th amendment warrant and without having committed a crime, such detentions are unlawful and are a False arrest.

Whereas this is a formal and lawful Affidavit of Fee Schedule and Remedy that is established for _____Michael-Wayne:Holdiness_____ _____(First-Middle :Last) and his family members to include the lawful and unlawful matters relating to the Office of the Executor.

**Written permission is required for the express use of my LEGAL NAME, and I do not authorize its use by you or your AGENTS / third parties.**

Attorney fees and other remedies not listed in this Fee Schedule are determined under special circumstances and submitted via certified mail with a return receipt to all parties involved.

1) **For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: $100,000.oo** (one hundred thousand)payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.
2) **For every offense committed against entities,** ___MICHAEL WAYNE HOLDINESS_____©(FIRST MIDDLE LAST),___HOLDINESS WAYNE MICHAEL (LAST FIRST MIDDLE),_____HOLDINESS, W. MICHAEL(LAST M FIRST), _____MICHAEL HOLDINESS___ (FIRST LAST), and any and all derivations thereof on any

2 | Page

document which is in any way associated with me, the living soul, flesh, blood, and bone man, Michael-Wayne:Holdiness , shall, by such document acting as prima facie evidence of violation, **become liable for penalties of $300,000.00 (three hundred thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

3) **For every offense or action taken against me: $1,000,000.00 (one million)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.

4) **For each page of documents an agent, clerk or clerk of the courts refuses to file: $10,000.00 (ten thousand) per page** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation pursuant to **Federal Rules of Civil Procedure 5(d) (4) -**
   Acceptance by the clerk.
   [A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and 18 USC § 2071: '(a) Whoever willfully and unlawfully conceals, removes, mutilates, Obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both; (b) Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles of imprisoned not more than three (3) years or both; and shall forfeit his/her office and be disqualified from holding office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. It is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof. United States v. Lombardo, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); Milton v. United States, 105, F. 2d 253, 255 (5th Cir. 1939). In Greeson v. Sherman, 265 F. Supp. 340 (D.C. Va. 1967), it was held that a pleading delivered to a deputy clerk at his home at night was thereby filed. [Freeman v. Giacomo Costa Fu Adrea, 282 F. sup. 525 (E.D. Pa. 1968)]

5) **For each unsolicited / solicited phone call: $7000.00 (seven thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

6) **For each unsolicited / solicited letter of harassment: $7000.00 (seven thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

7) **For each correspondence that I write to Respondents and/or Agents / third parties of, due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law: $2000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

8) **For each correspondence I receive from the commissioner's office regarding RESPONDENTS / AGENTS / Third parties or un lawful letters of harassment: $5000.00 (five thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

9) **For each correspondence I write to the Office of Fair Trading: $2000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

10) **For each correspondence I write to court services and agents: $2000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

11) **For each correspondence I have to write to Trading Standards: $2000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

12) **For each correspondence I have to write to the chief of police / sheriff agent after first notice sent: $2000.00 (two thousand)** payable and

convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

13) **For each court special appearance / general appearance: $30,000.00 (thirty thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

14) **For each phone call I make to relevant bodies / agents: $2000.00 (two thousand) plus $500.00 per hour or part thereof / $5.00 per minute** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

15) **For each individual requested evidence, items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for the inspection of the Undersigned, the fee of $5000.00 (five thousand)** per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the Respondents if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and signed for within seven (7) days after receipt of this notice payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

16) **For each individual failure to perform a directive given by the Sovereign Beneficiary: $10,000.00 (ten thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

17) **For every direct order given to the Sovereign Beneficiary by the magistrate, a judge, or any government official or agent: $30,000.00 thirty thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

18) **For every Unlawful Arrest, Illegal Arrest, or Restraint or Detainment, or Trespassing/Trespass without a lawful, correct, complete, and original 4th Amendment warrant with a wet ink signature: $1,000,000.00 (one million) plus additional damages pursuant to Tezevant v. City of Tampa, 741 F. 2d 336 (11th Cir. 1984)...** and 1 acre of government, state, county, or city land per occurrence, per officer, or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars per violation.

19) **For every Excessive Bail Fraudulent Bond, Fraudulent Warrant, Cruel / Unusual Punishment, Violation of Rights to a Speedy Trial or Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, and/or Abuse of Authority as per Title 18 U.S.C.A. § 241 and 242 or definitions contained herein for encroachment: $1,000,000.00 (one million)** and 1 acre of government, state, county, or city land per occurrence, per officer, or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars per violation.

20) **For every Assault (with or without a weapon): $1,000,000.00 (one million)** and 1 acre of government, state, county, or city land per occurrence, per officer, or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars per violation.

21) **For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $3,000.00 (three thousand)** per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars per violation.

22) **For all Unlawful Detention or Incarceration : $200,000.00 (two hundred thousand)** per day and 1 acre of government, state, county, or city land per occurrence, per officer, or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars.

23) **For every incarceration for Civil or Criminal Contempt of court without lawful and valid reason: $1,000,000.00 (one million)** per day and 1 acre of government, state, county, or city land per occurrence, per officer, or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars.

24) **For every Threat, coercion, Deception, or Attempted Deception by any officer of the court: $50,000.00 (fifty thousand)** per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars per violation.

25) **For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable Bill of Rights: $100,000.00 (one hundred thousand)** per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars per violation.

26) For every Coercion or Attempted Coercion of the Real Natural Individual to hold the liability of the Corporate Citizen against the Natural Individual and Secured Party's Will: $200,000.00 (two hundred thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars per violation.

27) For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency as aforementioned herein: 1 acre of government, state, county, or city land and $300,00.00 (three hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars and $100.00 (one hundred) per day penalty until all lien(s), levy(s), impoundment(s), and/or garnishment(s) are terminated along with all funds reimbursed and all property returned in the same condition as it was when taken with 18% annual interest and my declared value of property.

28) For every destruction, deprivation, concealment, defacing, alteration, or theft of property, including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Person and Secured Party will incur a penalty of total new replacement costs of property as indicated by owner and secured party including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, setup, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, quality, and quantity as the lost items. The list and description of affected property will be provided by the owner and secured party which will be accepted as complete, accurate, and uncontestable by the agency(s), representative(s), and/or person(s) thereof that caused such action. In addition to the aforementioned cost, there will be a $6,000.00 (six thousand) fee per day payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars until property is restored in full, beginning on the first day after the incident as provided by this contract.

29) For every Denial and/or Abuse of Due Process: $200,000.00 (two hundred thousand) ) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

30) For every obstruction of Justice: $200,000.00 (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

31) For every Reckless endangerment, Failure to Identify, Refusal to Present Credentials, and/or Failure to Charge within 48 (Forty-Eight) Hours after being Detained / Arrested: $300,000.00 (three hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

32) For every Counterfeit Statute staple security Instrument: $20,000.00 (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

33) For every Trespass on Cestui Que Vie Trust matter(s) and trust property including any trust property impaired as a result of any action taken without consent: $100,000.00 (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

34) For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury or commercial liability: $5,000.00 (five thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per communication not in compliance.

35) For every Foreclosure, Repossession, and court matter against Cestiu Que Vie Trust: $200,000.00 (Two hundred thousand) and 1 acre of government, state, county, or city land per occurrence, per officer, or agent involved payable and convertible at the legal and lawful ratio prescribed by law or Federal Reserve Notes to Silver dollars per violation.

36) For every Seizure of any Cestui Que Vie Trust property through Force, Duress, Coercion, Conversion, including but not limited to arrest / kidnapping / human trafficking : $1,000,000.00 (one million) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

37) For Harassment after Notice: $100,000.00 (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

38) For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of Oath(s) of Office of Trustee, False Swearing and acting without Authority / Jurisdiction by

Trustees / Agents: $50,000.00 (fifty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved and 1 acre of government, state, county, or city land per occurrence, per officer, or agent involved

39) For False Statements from Trustees, agents, or individuals: $20,000.00 (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved

40) For each Impairment of contract by Trustees, agents, or individuals: $30,000.00 (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per impairment

41) For each Violation of my unalienable Rights including but not limited to all rights protected by trusts, trust law, Law, Common Law, International Law, Constitutions, Law of Nations, etc. by the actions of any Trustee, agent, or individual:
   a) One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for Violating any of my unalienable rights or any of my family's unalienable rights under any and all circumstances by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;
   b) One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per detention initiated by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;
   c) My body's weight in .999 pure gold (or its equivalent in Federal Reserve Notes) for the taking of my life. This lawful paper is to be Honored by the People of the Fifty States and the People of the United states of America for the protection of the People on the land known as any of the fifty States which make up the Union known as the United States of America. This lawful paper must be Honored in any court within any of the fifty States which make up the union known as the United States of America.
   d) One troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for any of my time consumed in detention, imprisonment, or attempts by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen to establish their statutory jurisdiction upon me or my family without expressed, written consent.

42) For any harm done to family pets without valid cause and/or justification: $100,000.00 (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved and 1 acre of government, state, county, or city land per occurrence, per officer, or agent involved

43) For each request or demand under lack of full disclosure without the autograph of the Beneficiary on any lawful contract: $15,000.00 (fifteen thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

44) For each taking of Fingerprints by Force, coercion, or duress: $4,000.00 (four thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

45) For each field test demanded during unlawful detainment / traffic stop: $20,000.00 (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

46) For each D.N.A. test demanded or taken by force, duress, or coercion during unlawful detainment: $200,000.00 (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

47) For any Fraudulent Foreclosures, liens, contracts, auctions placed against my property: $200,000.00 (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved and 1 acre of government, state, county, or city land per occurrence, per officer, or agent involved.

48) For all ex-parte hearings or meetings without my knowledge or consent and without given proper notice of 14 days in advance: $30,000.00 (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

49) For Failure to fully disclose any contract under acts of fraud: $50,000.00 (fifty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

50) For every theft of property of conveyance / automobile by impounding, towing, or forced removal from any private or public property without written consent from me: $7,000.00 (seven thousand) per day payable and convertible

at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person per officer or agent involved.

---------------------------------------------------------------------------
---------------------------------------------------------------------------

**Matthew Chapter 5 verses 25-26**

"25- Agree with thine adversary quickly, whiles thou art in the way with him; lest at any time the adversary deliver thee to the judge, and the judge deliver thee to the officer, and thou be cast into prison. 26- Verily I say unto thee, thou shalt by no means come out thence till thou hast paid the uttermost farthing."

## Maxims of Equity

1) *"Aequitas sequitir legem."* - Equity follows the law. (1 Story, Eq. Jur. 64; 3 Wooddes. Lect. 479, 482)
2) Equity will not suffer a wrong to be without a remedy.
3) He who comes into equity must come with clean hands.
4) Equity will not allow a remedy that is contrary to law.
5) Equity will take jurisdiction to avoid a multiplicity of suits.
6) Equity will not allow a statute to be used as a cloak for fraud.
7) Equity regards the beneficiary as the true owner.
8) *"Vigilantibus non dormientibus aequitas subvenit."* - Equity aids the vigilant, not those who slumber on their rights.
9) Equity acts in personam or persons.
10) Equity delights to do justice and not by halves.

## Maxims of Law

1) *"A verbis legis non est recedendum."* - From the words of the law there must be no departure.
2) *"Actus Dei nemini facit injuriam."* - The act of God does no injury; that is, no one is responsible for inevitable accidents.
3) *"Augupia verforum sunt judice indigna."* - A twisting of language is unworthy of a judge.
4) *"Catalla just possessa amitti non possunt."* - Chattels justly possessed cannot be lost.
5) *"Contractus legem ex conventione accipiunt."* - The agreement of the parties makes the law of the contract.
6) *"Culpa lata aequiparatur dolo."* - A concealed fault is equal to a deceit.
7) *"Cum adsunt testimonia rerum quid opus est verbis?"* - When the proofs of facts are present, what need is there for words?
8) *"Debet qui juri subjacere ubi delinquit."* - Every one ought to be subject to the law of the place where he offends.
9) *"Ejus est non nolle qui potest velle."* - He who may consent tacitly may consent expressly.
10) *"Ex facto jus oritur action exterior indicant interior secreta."* - Law arises out of fact; that is, its application must be to facts.

11) *"Actio exterior indicant interior secreta."* -External actions show internal secrets.
12) *"Actor qui contra regulam quid adduxit non est audiendus."* - He ought not be heard who advances a proposition contrary to the rules of law.
13) *"Actore non probante rues absolvitur."* - When the plaintiff does not prove his case, the defendant is absolved.
14) *"Argumentum silili valet in lege."* - An argument drawn from a similar case or analogy avails in law.
    - The common law is the highest jurisdiction of man-made law and jurisprudence for the men and women sojourning on the landmass commonly referred to as the United States of America with the exception of the landmass commonly called Florida, which has Civil Law
    - The Law Merchant is tied to the Common Law and is the highest jurisdiction of man-made law for the men and women sojourning on the landmass commonly referred to as the United States of America concerning commerce and associated contracts, bills, commercial contracts, commercial instruments, transactions, et. al.
    - The Constitution for the United States of America is the supreme contract for the men and women sojourning on the landmass commonly referred to as the United States of America.
    - The Common Law reflects the Laws as recorded in the group of books commonly referred to as the Holy Bible and is verified by Sir William Blackstone in his published *Commentaries* which were instrumental to the founding fathers in the framing and establishing of American jurisprudence.
    - The past and present so-called monarchs of Great Britain must swear a corporeal oath and thereby contract to uphold and defend the laws as recorded in the letter patent, "the 1611 King James Bible", as well as the Common Law.
    - There are references to a higher jurisdiction in the Declaration of Independence including but not limited to the Laws of Nature and of Nature's God endowed by their Creator with certain unalienable rights appealing to the Supreme Judge of the world for the rectitude of our intentions with a firm reliance on the protection of Divine Providence.
    - The Oaths of Office are clear regarding the adherence to the Constitution when taking an oath of office and entering on the Execution of his Office. Article II, Section I, last clause:
    " *The president promises to preserve, protect, and defend the Constitution"*. Article VI, Clause III:" *The Senators and Representatives before mentioned and the members of the several state legislatures, and all executive and judicial officers, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."*
    For any respondent who has sworn an oath of office to support and/or defend the Constitution for the United States of America,
    I hereby accept that oath of office.

-----------------------------------------------------------------------------
-----------------------------------------------------------------------------

### Numbers Chapter 30 verses 1-2

"1 And Moses spake unto the heads of the tribes concerning the children of Israel, Saying, this is the thing which the Lord hath commanded.2 If a mans vow unto the Lord or swear an oath to bind his soul with a bond; he shall not breake his word, he shall do according to all that proceedeth out of his mouth."

### Leviticus Chapter 5 verses 3-5

"3 or if he touch the uncleanness of man, whatsoever uncleanness it be that a man shall be defiled withal, and it be hid from him; when he knoweth of it, then he shall be guilty. 4 Or if a soul swear, pronouncing with his lips to do evil, or to do good, whatsoever it be that a man shall pronounce with an oath, and it be hid from him; when he knoweth of it, then he should be guilty in one of these. 5 And it shall be, when he shall be guilty in one of these things that he shall confess that he hath sinned in that thing;"

When Congress makes a law which is outside the scope of its enumerated powers, it is no law at all but is **void**, and American **men and women have no obligation to comply**. Alexander Hamilton wrote this repeatedly in the Federalist Papers. Here are a few examples:

"If the federal government should overpass the bounds of its authority and make a tyrannical use of powers, the people, whose creature it is, **must appeal to the standard they have formed, and take such measures to redress the injury done to the Constitution as the exigency may suggest and prudence justify...**"
*Federalist No. 33, 5th Paragraph*

"...acts of... (the federal government) which are not pursuant to its constitutional powers... will (not) become the supreme law of the land. **These will be merely acts of usurpation, and will deserve to be treated as such...**"
*Federalist No. 33, 6th Paragraph*

"...every act of a delegated authority, contrary to the tenor of the commission under which it is exercised, is void. No legislative act ... **contrary to the Constitution can be valid**. To deny this, would be to affirm ... that by men acting by virtue of powers may do not only what their powers do not authorize, but what they forbid."
*Federalist No. 78, 10th Paragraph*
(emphasis added above)

When it is proven, by tacit agreement or otherwise, that Trespassing upon the People's unalienable rights to life, liberty, and the pursuit of happiness from outside the Republic of the United States of America and/or proven tacitly or otherwise that a tyrannical takeover of the de jure Republic by agents with an agenda to steal their birthright and to destroy their country-the United States of America-and to assault the men, women and children of the Republic and their real and other property-wild and domestic livestock, pollinating insects which affect agriculture/food supply, right to privacy, well-being, liberty, or right to equitable contracts-and/or to prove tacitly or otherwise that any Trespassing or the various legal actions used to implement it evince to a collateral or direct attack upon the United States of America Constitution, there may be grounds for a Grand Jury indictment for treason, to wit:

1788 Constitution for the United States of America-

### Article III, Section III:

"Treason shall consist only in levying War against them, or in adhering to their **Enemies**, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the **Testimony of Two Witnesses** to the same overt Act or on Confession in open Court. The Congress shall have the Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life or the Person attainted."

**Deuteronomy Chapter 17 verse 6**
"6 At the mouth of two witnesses, or three witnesses, shall he that is worthy of death be put to death: but at the mouth of one witness he shall not be put to death."

**Deuteronomy Chapter 19 verse 15**
"15 One witness shall not rise up against a man for nay iniquity, or for any sin, in any sin that he sinneth: at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established."

**Matthew Chapter 18 verse 16**
"16 But if he will not hear thee, then take with thee one or two more, that in the mouth of **two or three witnesses** every word may be established."

**2 Corinthians Chapter 13 verse 1**
"1 This is the third time I am coming to you. In the mouth of **two or three witnesses** shall every word be established."

**Hebrews Chapter 10 verse 28**
"28 He that despised Moses' Law died without mercy under **two or three witnesses**."

**Proverbs Chapter 19 verse 9**
"9 A false witness will not go unpunished and he who breathes out lies will perish."
(emphasis added on each item above)

**Constitution of the United States of America, Amendment IV:**
"the **Right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated,** and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be search, and the persons or things to be seized." (emphasis added)

**Title 18 U.S. Code §2382- <u>Misprision of Treason</u>**
"Whoever, owing allegiance to the United States and **having Knowledge of the commission of any treason** against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, **is Guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven(7) years, or both."** (emphasis added)

**WHEREAS** a person with full knowledge of a potential harm, whether caused directly by the person or not, and that person is endowed the ability and/or duty to act upon the said knowledge in a way to avoid or otherwise mitigate the potential harm and fails to do said actions is liable for the inevitable harm caused and/or may be found negligent where there is a duty of care; and

**WHEREAS** it is a fundamental principal of law that **nobody is above the law** including but not limited to **all government actors**. The government **immunity** clause **only applies** to government actors when they are **performing their actions** of their office defined by their office **in good faith** and that the **UNITED STATES SUPREME COURT** has made a ruling regarding public officials being held liable for actions done or perform required actions in the case of **MILLBROOK v. UNITED STATES, 477 Fed. Appx. 4,** among others.

This international Commercial Claim / Lien within the Admiralty, Private Agreement and Disclosures, and Notice of Liability with all attachments comprises a **binding contract** between Respondents / Libellees and the Claimant / Libellant for the purpose of establishing the Honorable terms of this Affidavit of Fee Schedule and Remedy and eliminating faulty assumptions. It is referred to herein as the Contract although it is an inland claim which, when perfected, will constitute a lien against the parties as described hereunder. The terms "you", "your", and "yours" refer to each Respondent named and yet to be named Respondents in this Contract individually and collectively. This Fee Schedule and Remedy supersedes any and all previous agreements, whether expressed or tacit, between the parties, et al.

<u>It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to me or any authorized trustee appointed for any and all breaches of this Contract, violations of domestic and international human rights, the U.C.C., and the Common Law.</u>

**Joining the Contract**
You (Respondent) and the Claimant / Libellant agree that the joinder fee for any party not currently or previously named as a Respondent seeking the privilege of joining this Contract is hereby established at $100,000.00 (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per each attempt / event of impairment.

**AS with any administrative process,** you may rebut the statements and claims in this Contract by executing a verified response, point-by-point, with evidence that is certified to be true and in the form of a sworn affidavit and assuming full liability to be received by Claimant(s) by certified mail no later than 5:00 P.M. of the final date to respond given to you. Respondent and the Claimant(s) / Libellant agree that a response which is not verified or a response from a third party agent lacking first-hand knowledge of the facts will constitute your **Failure to Respond** as defined herein. If you fail to respond or to state a claim by the indicated Effective Date, the Affidavit of Fee Schedule and Remedy ("Contract") will become **Binding** and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein agree that the failure to respond or insufficiency of response as defined herein constitutes agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

### "Qui tacet consentire videtur."

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading..." *U.S. v. Tweel,* **550 F. 2d 297, 299, (1977),** quoting *U.S. v. Prudden,* **424 F. 2d 1021, 1032 (1970)**

"When circumstances impose a duty to speak and one deliberately remains silent, silence is equivalent to false representation..." *Fisher Controls International, INC. v. Gibbons,* **991 S.W. 2d 135 (1995)**

"When a person sustains to another a position of trust and confidence, his failure to disclose facts that he has a duty to disclose is as much a fraud as an actual misrepresentation..." *Blanton v. Sherman Compress Co.,* **256 S.W. 2d 884 (1953)**

Silence activates estoppel pursuant to Carmine v. Bowen, 64 A. 932.

**U.C.C. § 2-201—Formal Requirements; Statutes of Frauds**
(1) Except as otherwise provided in this section, a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.
(2) Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection(1) against such party unless written notice of objection to its contents is given within ten (10) days after it is received.

This **Notice of Liability Regarding Trespass, Fee Schedule, and Remedy** constitutes the Claimant's / Libellant's administrative remedy, and if you fail to respond or fail to state a verified superior claim, you hereby agree that the Claimant / Libellant has exhausted his/her administrative remedy and has stated a claim upon which relief can be granted.

If **you fail to state a verified claim** by the Effective Date as described below, you agree that you have failed to and are forever barred from doing so by estoppel, exhausting your administrative remedy; therefore, Respondents can never seek judicial intervention regarding this Contract now and in the future. This **Contract is giving due notice of suit in admiralty claims pursuant to Public Law 94 § 583, 90 Statutes at Large § 2892, and 28 U.S.C. 1605 and 1607 in regards to loss of immunity.**

The term "failure to respond" means your failure by the Effective Date to respond to this Contract or insufficiency of response as defined herein. You agree that your failure to respond conveys your agreement with all of the terms and provisions of this Contract. By failing to respond, the Respondents accept full liability for any and all harm or loss caused for which remedy may be sought according to tort law, criminal law, strict liability, negligence, and hazardous activities.

This Fee Schedule is effective from the date of being placed onto the Public Record and will initiate upon any failure to comply with any and all directives given to the Respondents by the Sovereign Beneficiary or by the receipt of any further unsolicited letters or communications including emails, calls, etc. from Respondents / agents / third parties, or in the event of any unlawful assault, death, killing, trespass, damages, perjury, libel, injury, loss or harm, or any other unlawful activities. In the case of your failure to pay any fees within thirty (30) days of presentment of a True Bill, you agree that a right of lien exists against you subject to a levy of real property, distraint, distress, certificate of exigency, impound, execution, and all other lawful and commercial remedies.

## Notice to Agent is Notice to Principal.

## Notice to Principal is Notice to Agent.

This Contract is legally and lawfully binding and non-negotiable. This contract is activated and subscribed to automatically by the Respondent(s) named in due course by all names of Respondents, agents, employees, individuals, third parties, and/or representative thereof.

The Respondents are entitled to a Notice of Default. In consideration, Respondent agrees to accept a Notice of Default as a Binding Administrative Judgment ("Judgment") certifying Respondent's agreement with all terms, statements, facts, provisions, claims and fees within this Affidavit of Fee Schedule and remedy. Since Judgment is issued when a party waives the right to respond, all parties to this Agreement agree to be bound in perpetuity by any and all such Judgments which may be issued regarding this Contract. Respondent cannot directly or indirectly seek recoupment of losses incurred due to any terms of this Contract.

All Rights Reserved Without Recourse. The Beneficiary reserves the right to alter this Fee Schedule at any time at the discretion of either party of the Sovereign Beneficiary, Master_Michael-Wayne:Holdiness_ (First-Middle:Last) for the __MICHAEL WAYNE HOLDINESS ©__ Estate and any and all derivative names thereof.

Please be advised that these are my fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you harass or intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to law.

This is a Notice of Liability Regarding Trespass, Fee Schedule, and Remedy for Protection from Federal / State / County / City / Municipal / Corporate employees, individual, and agents. I_Michael-Wayne:Holdiness_(First-Middle:Last),holder of the office of the People in the State known as

Florida(Your State) or in any other State, am hereby, as a gesture of peace, giving proper notice to the STATE OF Florida(YOUR STATE) or to any state / corporation, to the UNITED STATES CORPORATION, and to all municipal, county, and city corporations and other STATE Corporations of the following:

As a peaceful, natural person desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Affidavit of Fee Schedule and Remedy for Protection from Federal / State / County / City Municipal / Corporate employees, agents and individuals** as a courtesy to you and as a remedy should you decide to trespass upon Me or my Family. Failure to know or to obey any and all of your thousands of corporate regulations does not constitute a crime absent a victim, damaged property, or fraud (the corpus delecti).

If you should face a jury, you should know that the jury has sworn duty to judge the law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "corpus delecti" (i.e., the body or elements or the crime).

> "The corpus delecti consist of two elements- namely (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (People v. Frey,165 Cal. 140 146 [131 P. 127]. People v. Lopez, etc.)

Please note that this Affidavit of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporate employees, agents and individuals is just and modest and well below the precedent set by Trezevant v. City of Tampa wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8 million per day. The above is my Fee Schedule for all trespasses to be considered by lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in this Fee Schedule.

The United States Supreme Court has stated the following in **U.S v. Cruikshank** (92 U.S. 542 at 551):

"between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possesses, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one whole and furnish the People of the United States with a complete government, ample for protection of all their rights at home and abroad. It may sometimes happen that a 'person' is amenable to both jurisdictions for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both."

The citizen cannot complain because he/she has voluntarily submitted themselves to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People or the United States.

**Neither I nor anyone from my family is of the UNITED STATES. We are of GOD, the Almighty Creator.**

Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.

Let it be clear that I am not a person / citizen / employee / subject of any corporation which cannot, under color of law, act as a lawful government. Let it be clear that we have only one Sovereignty,
    and that Sovereignty is God.

**ISAIAH Chapter 58 Verse 6**

"6 ... to loose the bonds of Wickedness, to undo the straps of the yoke, to let the oppressed go free, and to break every yoke."

**MATTHEW Chapter 4 verse 10**

"10 ... You Shall worship the LORD your GOD and him only shall you serve."

**ISAIAH Chapter 59 Verse 14-15**

"14 Justice is turned back, and righteousness stands far away; for Truth has stumbled in the public squares, and uprightness cannot enter." "15 Truth is lacking, and he who departs from evil makes himself a prey. The LORD saw it, and it displeased him that there was no justice."

**Guarantee and Waiver of Benefits**

Guarantees for this Affidavit of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary: Windsor, the Constitution for the United States of America, the Bill of Rights, Constitutional Oaths of Office, the Common Law, the Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Affidavit of Fee Schedule and Remedy are for jurisdictional purposes only, and no adherence or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

Notice to Agent is Notice to Principal.

Notice to Principal is Notice to Agent.

**-JEREMIAH Chapter 25 verse 28**

It is written, " If they refuse to take the cup at thine hand to drink, then shalt thou say unto them, thus saith the LORD of hosts, ye shall certainly drink."

**MATTHEW Chapter 6 verse 10**

" Thy kingdom come, Thy will be done in earth, as it is in Heaven."

## NATURAL LAW

The Natural Law is that which God, the Sovereign over the world, has prescribed to man not by any formal promulgation but by the internal dictates of reasonable alone. It is discovered by a just consideration of the agreeableness of human actions to the nature of Man, and it comprehends all the duties which we owe either to the supreme being, to ourselves, or to our neighbors as reverence to God, self-defense, temperance, honor to our parents, benevolence to all strict adherence to our engagements, gratitude, and the like. In the constitution for the United States of America, we find the 11th article, Amendment 9 : "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the **PEOPLE**."

**LUKE Chapter 22 verse 29**

"29 and I assign to you, as my Father assigned to me, a Kingdom that you may eat and drink at my table in my Kingdom and sit on thrones..."

**ISAIAH Chapter 50 verse 1**

"1 Thus says the LORD: " Where is your mothers certificate of divorce, with which I sent her away? Or which of my creditors is it to whom I have sold you? Behold, for your iniquities you were sold, and for your transgressions your mother was sent away."

**ISAIAH Chapter 60 Verse 17 and 21**

"17 Instead of bronze I will bring Gold, and instead of iron I will bring Silver; ... I will make your overseers peace and your taskmasters righteousness."

"21 Your people shall all be righteous; they shall possess the land FOREVER."

## EVENT OF DEFAULT

Affected parties and people wishing to dispute the claims and truths made herein or to make their own claims upon Me must respond within twenty-one (21) days after service of this Notice of the action and request a Common Law court to empanel a Common Law Jury of twenty-five (25) indigenous free men to hear their case against Me. All responses must be signed and witnessed no later than twenty-one (21) days from the date of original service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this Lawful Notice made herein will always result in an automatic default judgment and permanent, irrevocable estoppel by acquiescence, barring the bringing of charges under any statute / regulation / act / code or legal action against Me, my family, or another People. Failure to honor this lawful Notice will make each of People acting as Federal / State / County / City / Municipal / Corporate employees liable for the sum of $50,000.00 (fifty thousand) in silver coin or its equivalent in Federal Reserve Notes plus my Fee schedule, and such sum will be required to be paid to __Michael-Wayne:Holdiness__ First Middle : Last) upon your receipt of the Invoice and by its assigned due date. I, the undersigned affiant and attorney in fact for MICHAEL WAYNE HOLDINESS  © authorize this affidavit using my autograph on this instrument.

<u>It is against the law for a Judge to Summarily remove, to dismiss, to dissolve, or to diminish a Commercial Lein. Only the Lien Claimant or Jury can dissolve a commercial lien.</u>

## Trespass Upon Private Contract

Any collateral attack on this Contract is in Bad Faith and is a criminal trespass payable as prescribed in the above-stated Affidavit of Fee Schedule.

## All payments are to be made in Lawful Money pursuant to Title 12 USC § 411

### Further affiant sayeth not!

### All Rights Reserved, None waived

### Without Prejudice

Respectfully submitted.

I, __Michael-Wayne:Holdiness__, (First-Middle:Last) herein affirm and declare under my unlimited commercial liability that I am competent to state the facts and of Lawful age to handle the matters set forth herein, that the aforementioned is true, correct, complete, not intended to be misleading and that all of the above is admissible as evidence and in accordance with my best first-hand knowledge, understanding, and belief.

_____
Signature

Dated this 22 day of December in the Year 20 23.

## WITNESSES

_____76332_____                    _____#75954_____
**Witness # 1**                              **Witness # 2**
Name Bauch 76332                       Name C. Mack

***********************************************************************

## ACKNOWLEDGMENT OF NOTARY

Duval County            )
                        ) ss.
State of Florida        )

On the 22nd day of Dec., 2023, before me, M. Hines 73332, a Notary, personally appeared Michael Wayne Holdiness (First-Middle:Last) known to me or proved to me to be the **living, natural man/woman** whose name is subscribed upon this instrument and acknowledged to me that they executed the same in their authorized capacity; and by their signatures on this instrument, Michael Wayne : Holdiness (First-Middle :Last) has acted on behalf of the person who executed this instrument.

_____Michael Wayne Hold_____
Signature

_____M Hines 73332_____
**NOTARY SIGNATURE**

My Commission Expires: 9/26/2025

```
MATT HINES
Notary Public, State of Florida
My Comm. Expires 09/26/2025
Commission No. HH179276
```